UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SHAHEED HENDERSON,<br><br>    Defendant. | No.  CR05-321Z<br><br>ORDER |

The Court has reviewed Defendant's Petition to Voluntarily Surrender, docket no. 46, and the Government's non-opposition, docket no. 47, and hereby GRANTS Defendant's Petition.

Defendant's conditions of release are hereby REVOKED and he is ORDERED to report to the Federal Detention Center as directed by the Probation Office.

IT IS SO ORDERED.

DATED this 16th day of December, 2005.

Thomas S. Zilly
United States District Judge

ORDER  -1-