UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR05-321-TSZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| SHAHEED M. HENDERSON, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on June 9, 2008. The United States was represented by AUSA Norman M. Barbosa and the defendant by Peter A. Camiel. The proceedings were digitally recorded.

Defendant had been sentenced on or about February 2, 2006 by the Honorable Thomas S. Zilly on charges of Conspiracy to Commit Identity Theft, Possession of Document Making Implements, Production of False Identification Documents, and Bank Fraud, and sentenced to 37 months custody, 5 years supervised release. (Dkt. 52.)

The conditions of supervised release included the standard conditions plus the requirements that defendant be prohibited from consuming alcohol and enter into alcohol treatment, participate

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

01 in drug testing, submit to search, pay restitution in the amount of $41,479.85, provide access to

02 financial information, maintain a single checking account for all financial transactions, disclose all

03 assets and liabilities, allow inspection of his personal computers and notify his probation officer

04 of all new software purchases, be prohibited from incurring new credit or new obligations, not be

05 self-employed or employed by friends or relatives, obtain approval for all employment and not

06 work for cash, not possess any identification in any but defendant's true identity, and cooperate

07 with the IRS in determining tax liability.

08      In an application dated May 13, 2008 (Dkt. 68), U.S. Probation Officer Michael S. Larsen

09 alleged the following violations of the conditions of supervised release:

10      1.    Driving with a suspended license, on or before April 23, 2008, in violation of the

11 general condition that he not commit any federal, state or local crime.

12      2.    Possession of marijuana, on or before April 23, 2008, in violation of the general

13 condition that he not commit any federal, state, or local crime.

14      3.    Possession of a counterfeit driver's license, on or before April 23, 2008, in

15 violation of the special condition that he not obtain or possess any driver's license, Social Security

16 number, birth certificate, passport, or any other form of identification in any other name than the

17 defendant's true legal name, without prior written approval of the probation officer.

18      Defendant was advised in full as to those charges and as to his constitutional rights.

19      Defendant admitted the alleged violations and waived any evidentiary hearing as to

20 whether they occurred. (Dkt. 70.)

21      I therefore recommend the Court find defendant violated his supervised release as alleged,

22 and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be

set before Judge Zilly.

Pending a final determination by the Court, defendant has been released on the conditions of supervision.

DATED this 9th day of June, 2008.

*(signature)*
Mary Alice Theiler
United States Magistrate Judge

cc:   District Judge:            Honorable Thomas S. Zilly
      AUSA:                      Normal Barbosa
      Defendant's attorney:      Peter Camiel
      Probation officer:         Michael S. Larsen

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3